1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   PERRY WOOLF,

11         Plaintiff,                        No. CIV S-07-1494 LEW JFM P

12      vs.

13   Warden D.K. SISTO, et al.,

14         Defendants.                FINDINGS & RECOMMENDATIONS

15   _____/

16          By order filed July 25, 2007, plaintiff's complaint was dismissed and thirty days

17   leave to file an amended complaint was granted.  By order filed September 14, 2007, plaintiff

18   was given an additional thirty days in which to file an amended complaint.  That thirty day period

19   has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the

20   court's September 14, 2007 order.

21          Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed

22   without prejudice.  See Local Rule 11-110; Fed. R. Civ. P. 41(b).

23          These findings and recommendations are submitted to the United States District

24   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

25   days after being served with these findings and recommendations, plaintiff may file written

26   objections with the court.  The document should be captioned "Objections to Magistrate Judge's

1

1   Findings and Recommendations." Plaintiff is advised that failure to file objections within the

2   specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951

3   F.2d 1153 (9th Cir. 1991).

4   DATED: October 31, 2007.

5

6   _____
    UNITED STATES MAGISTRATE JUDGE

7

8   12
    wool1494.fta2

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26