IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PERRY WOOLF,

     Plaintiff,                       No. CIV S-07-1494 LEW JFM P

     vs.

WARDEN D. K. SISTO, et al.,

     Defendants.          <u>ORDER</u>

/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On November 1, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Neither party has filed objections to the findings and recommendations.[1]

/////

---

[1] On November 1, 2007, plaintiff filed objections to findings and recommendations filed September 6, 2007.  On November 16, 2007, plaintiff was notified that the objections were directed to findings and recommendations that had been vacated.  Plaintiff has not filed objections directed to the November 1, 2007 findings and recommendations.

1

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations filed November 1, 2007, are adopted in full; and

      2. This action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b).

DATED: December 18, 2007

*Ronald S.W. Lew*

Honorable Ronald S.W. Lew
Senior, U.S. District Court Judge